832 A.2d 912

IN THE MATTER OF RICHARD L. ROSENTHAL, AN
ATTORNEY AT LAW (ATTORNEY NO. 211071965).

October 16, 2003.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 03–156, concluding that **RICHARD L. ROSENTHAL** of **MORRIS PLAINS,** who was admitted to the bar of this State in 1965, should be suspended from the practice of law for a period of six months for violating *RPC* 1.1(a)(gross neglect), *RPC* 1.3(lack of diligence), *RPC* 1.4(a)(failure to communicate with client), RPC 1.16(d)(failure to turn over client's file upon termination of representation), *RPC* 7.1(a)(1)(making false or misleading communications about the lawyer, lawyer's services, or any matter in which the lawyer has or seeks a professional involvement) and *RPC* 8.4(c)(conduct involving dishonesty, fraud, deceit or misrepresentation); and good cause appearing;

It is ORDERED that **RICHARD L. ROSENTHAL** is suspended from the practice of law for a period of six months and until the further Order of the Court, effective November 15, 2003; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.